JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV12-0105-MMM (FMOx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| JOSEPH L. MANGIARDI, II, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

    In accordance with the parties' settlement agreement, IT IS HEREBY ORDERED AND ADJUDGED that the United States of America shall recover from Joseph L. Mangiardi II the amount of **$250,000.00**, with post-judgment interest at the tax underpayment rate provided by 28 U.S.C. § 1961 and 26 U.S.C. § 6621, without costs.

Dated: January 17, 2013

*Margaret M. Morrow*

UNITED STATES DISTRICT COURT