JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV12-0105-MMM (FMOx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| JOSEPH L. MANGIARDI, II, | ) |
| Defendant. | ) |

In accordance with the parties' settlement agreement, IT IS HEREBY ORDERED AND ADJUDGED that the United States of America shall recover from Joseph L. Mangiardi II the amount of **$250,000.00**, with post-judgment interest at the tax underpayment rate provided by 28 U.S.C. § 1961 and 26 U.S.C. § 6621, without costs.

Dated: January 17, 2013

_Margaret M. Morrow_
UNITED STATES DISTRICT COURT